TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       rdtadlock@townsend.com

Attorneys for Plaintiff,
APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br>SANHO CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. CV10-04042 (HRL)<br><br>**APPLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R.C.P. 7.1 AND CIVIL LOCAL RULE 3-16]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Apple Inc. states that it has no parent corporation, and that (to the best of its knowledge) no publicly-held corporation owns 10 percent or more of its stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 13, 2010    Respectfully submitted,
                             TOWNSEND AND TOWNSEND AND CREW LLP

                             By: /s/ *Andrew T. Oliver*
                             _____
                             Theodore T. Herhold
                             Andrew T. Oliver
                             Robert D. Tadlock
                             Attorneys for Plaintiff,
                             APPLE INC.