TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone: (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       rdtadlock@townsend.com

Attorneys for Plaintiff,
APPLE INC.

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
JOHN VAN LOBEN SELS (State Bar No. 201354)
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Telephone: (650) 209-1230
Facsimile: (650) 209-1231
Email: jvanlobensels@whgclaw.com

Attorneys for Defendant,
SANHO CORPORATION

IT IS SO ORDERED
Judge James Ware
11/1/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SANHO CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. CV10-04042 (HRL)<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SANHO CORPORATION TO RESPOND TO COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

Pursuant to Civil L.R. 6-1(a), Plaintiff Apple Inc. ("Apple") and Defendant Sanho Corporation ("Sanho") stipulate and extend the time by which Sanho has to answer or otherwise respond to Apple's complaint.

## STIPULATION

WHEREAS, the current deadline for Sanho's response to the Complaint is October 22, 2010;

WHEREAS, at the request of Sanho, Apple and Sanho stipulate and agree that Sanho may have an extension until November 22, 2010 to answer or otherwise respond to Apple's Complaint;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

ACCORDINGLY, Apple and Sanho hereby stipulate to an extension of time to October 22, 2010 for Sanho to answer or otherwise respond to Apple's Complaint.

DATED: October 21, 2010

By: /s/ *Andrew T. Oliver*
Theodore T. Herhold
Andrew T. Oliver
Robert D. Tadlock

Attorneys for Plaintiff,
APPLE INC.

DATED: October 21, 2010

By: _____
John D. van Loben Sels

Attorney for Defendant,
SANHO CORPORATION

62952635 v1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV10-04042 (HRL)                                                                     - 2 -

townsend.