TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       rdtadlock@townsend.com

Attorneys for Plaintiff,
APPLE INC.

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
JOHN D. van LOBEN SELS (State Bar No. 201354)
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Telephone: (650) 209-1230
Facsimile: (650) 209-1231
Email: jvanlobensels@whgclaw.com

Attorneys for Defendant,
SANHO CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANHO CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. CV10-04042 JW<br><br>**STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

Pursuant to Civil L.R. 7-1(a)(5) and 7-12, Plaintiff Apple Inc. ("Apple") and Defendant Sanho Corporation ("Sanho") (collectively, the "Parties") stipulate to and respectfully request that the Court reschedule the Case Management Conference and associated deadlines.

## STIPULATION

WHEREAS, on November 1, the Court notified the Parties that the initial case management conference has been set for November 29, 2010, and that the joint case management statement must be filed by November 19, 2010 (*see* ECF No. 16);

WHEREAS, the Parties recognize that setting these dates also triggers several other deadlines as early as November 8, including ADR, discovery meet and confer, discovery plan, initial disclosure, and Rule 26(f) report deadlines;

WHEREAS, Sanho's answer or other response to the Complaint is not due until November 22, after many of these deadlines have passed (*see* ECF No. 15);

WHEREAS, the Parties are involved in comprehensive settlement negotiations and believe that there is a reasonable chance that this matter will be settled before Sanho's deadline for response to the Complaint;

WHEREAS, the Parties believe that imposition of several new deadlines and requirements to undertake various negotiations will unduly complicate the ongoing settlement negotiations and possibly result in incurring unnecessary costs and fees;

ACCORDINGLY, Apple and Sanho hereby stipulate to and respectfully request that the Court amend the schedule in the following manner:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| First day discovery may be commenced; last day to file ADR Certification; last day to stipulate to the ADR process or file notice of need for ADR phone conference; last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | November 8, 2010 | December 7, 2010 |
| Deadline to file Joint Case Management Conference Statement; last day to file Fed. Rule Civ. P. 26(f) report; last day to make initial disclosures or state objection in Rule 26(f) report | November 19, 2010 | December 10, 2010 |
| Case Management Conference | November 29, 2010 at 10:00 AM | December 20, 2010 at 10:00 AM |

DATED: November 4, 2010     By: /S/ *Andrew T. Oliver*
                                                         Theodore T. Herhold
                                                         Andrew T. Oliver
                                                         Robert D. Tadlock

                                                         Attorneys for Plaintiff,
                                                         APPLE INC.

DATED: November 3, 2010     By: _____
                                                         John D. van Loben Sels

                                                         Attorney for Defendant,
                                                         SANHO CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 5, 2010     By: _____
                                                         James Ware
                                                         United States District Judge

62978850 v1

townsend.