1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ANDREW T. OLIVER (State Bar No. 226098)
   ROBERT D. TADLOCK (State Bar No. 238479)
3  379 Lytton Avenue
   Palo Alto, CA 94301
4  Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
5  Email: ttherhold@townsend.com
           atoliver@townsend.com
6          rdtadlock@townsend.com

7  Attorneys for Plaintiff,
   APPLE INC.
8
   WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
9  JOHN D. van LOBEN SELS (State Bar No. 201354)
   2570 West El Camino Real, Suite 440
10 Mountain View, CA 94040
11 Telephone: (650) 209-1230
   Facsimile: (650) 209-1231
12 Email: jvanlobensels@whgclaw.com

13 Attorneys for Defendant,
   SANHO CORPORATION
14

IT IS SO ORDERED
*Judge James Ware*
11/23/2010

15              UNITED STATES DISTRICT COURT
16          FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                    SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. CV10-04042 (HRL) |
| Plaintiff, | **THIRD STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SANHO CORPORATION TO RESPOND TO COMPLAINT** |
| v. | |
| SANHO CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive, | [Civil Local Rule 6-1(a)] |
| Defendants. | |

Pursuant to Civil L.R. 6-1(a), Plaintiff Apple Inc. ("Apple") and Defendant Sanho Corporation ("Sanho") stipulate and extend the time by which Sanho has to answer or otherwise respond to Apple's complaint.

## STIPULATION

WHEREAS, the current deadline for Sanho's response to the Complaint is November 22, 2010;

WHEREAS, at the request of Sanho, Apple and Sanho stipulate and agree that Sanho may have an extension until December 2, 2010 to answer or otherwise respond to Apple's Complaint;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

ACCORDINGLY, Apple and Sanho hereby stipulate to an extension of time to December 2, 2010 for Sanho to answer or otherwise respond to Apple's Complaint.

DATED: November 22, 2010          By: /s/ Andrew T. Oliver
                                  Theodore T. Herhold
                                  Andrew T. Oliver
                                  Robert D. Tadlock

                                  Attorneys for Plaintiff,
                                  APPLE INC.

DATED: November 22, 2010          By: _____
                                  John D. van Loben Sels

                                  Attorney for Defendant,
                                  SANHO CORPORATION

63012155 v1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV10-04042 (HRL)                                       - 2 -

townsend.