WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
John van Loben Sels  (Ca. Bar No. 201354)
    jvanlobensels@whgclaw.com
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Tel:  (650) 209-1230
Fax:  (650) 209-1231

*Attorneys for Defendant*
*Sanho Corporation*

TOWNSEND TOWNSEND AND CREW LLP.
Theodore T. Herold (Ca. Bar No. 122895)
    ttherhold@townsend.com
Andrew T. Oliver (Ca. Bar No. 226098)
    atoliver@townsend.com
Robert T. Tadlock (Ca. Bar No. 238479)
    rtadlock@townsend.com
Tel: (650) 326-2400
Fax: (650) 326-2422

*Attorneys for Plaintiff*
*Apple, Inc.*

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
12/10/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SANHO Corporation, a Delaware Corporation, and DOES 1 through 20,<br><br>Defendants. | Case No.: CV10-04042-JW<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE FROM DECEMBER 20, 2010 TO JANUARY 17, 2011** |

Defendant Sanho Corporation ("Sanho"), and Plaintiff, Apple, Inc. ("Apple") (collectively the "Parties") hereby stipulate, under Civil L.R. 7-1(a)(5), 7-11, and 7-12, and request that the Court reschedule the Case Management Conference ("CMC") in this case, currently scheduled for December 20, 2010, to January 17, 2011 or any date thereafter as the Court's schedule permits.

## STIPULATION

WHEREAS, the Court initially scheduled the CMC on November 29, 2010, and subsequently granted the Parties' stipulation rescheduling the CMC to December 20, 2010;

WHEREAS, the Parties have engaged in ongoing settlement discussions and believed they would be able to settle the matter; however, such negotiations have not been fruitful;

WHEREAS, the parties met and conferred on December 3, 2010 regarding initial disclosures, early settlement, ADR process selection, and a discovery plan;

WHEREAS, lead counsel for Sanho is also lead counsel in a matter in Orange County, California, for which a hearing is set for December 20, 2010, and cannot be rescheduled (a Declaration of lead counsel for Sanho is filed concurrently herewith);

ACCORDINGLY, Sanho and Apple hereby stipulate to and respectfully request that the Court reschedule the CMC to **January 24, 2011 at 10:00 am.** On or before **January 14, 2011**, the parties shall file a joint statement updating the Court on the progress of their settlement efforts.

**Respectfully Submitted,**

DATED: December 7, 2010         WANG, HARTMANN, GIBBS & CAULEY

_____/S/_____
By:  John D. van Loben Sels
*Attorneys for Defendant*
*Sanho Corporation*

DATED: December 7, 2010         TOWNSEND TOWNSEND & CREW LLP

_____/S/_____
By:  Andrew T. Oliver
*Attorneys for Plaintiff*
*Apple, Inc.*

2
STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  

3  **DATED: December _____, 2010**

                                                   By: Hon. James Ware
                                                   *U.S. District Judge*