KILPATRICK TOWNSEND AND STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone: (650) 326-2400
Facsimile:  (650) 326-2422
Email: therhold@kilpatricktownsend.com
        aoliver@kilpatricktownsend.com
        rtadlock@kilpatricktownsend.com

Attorneys for Plaintiff,
APPLE INC.

WANG, HARTMANN, GIBBS & CAULEY,P.L.C.
JOHN VAN LOBEN SELS (State Bar No. 201354)
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Telephone: (650) 209-1230
Facsimile: (650) 209-1231
Email: johnvanlobensels@whgclaw.com

Attorney for Defendant,
SANHO CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>SANHO CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>      Defendants. | Civil Action No. CV10-04042 (EJD)<br><br>**STIPULATION AND REQUEST TO AMEND CASE MANAGEMENT SCHEDULE**<br><br>**DEMAND FOR JURY TRIAL** |



1    Pursuant to Civil L.R. 7-1(a)(5) and 7-12, Plaintiff Apple Inc. ("Apple") and Defendant

2  Sanho Corporation ("Sanho") (collectively, the "Parties") stipulate to and respectfully request that

3  the Court reschedule the Case Management Statement deadline and all other deadlines currently

4  set in this matter.

5                                    **STIPULATION**

6    WHEREAS, the Parties believe that they have reached an agreement that will settle this

7  patent infringement case in its entirety, and are currently in the process of drafting settlement

8  terms with the intent of confirming whether an agreement has indeed been reached;

9    WHEREAS, the Parties believe that their efforts should be focused on settlement and that

10 preparing further court filings prior to settlement may result in unnecessary costs and fees as well

11 as wasted judicial effort;

12   WHEREAS, on April 25, 2011, the Court issued a Reassignment Order (ECF No. 33),

13 indicating that this matter has been reassigned to Judge Davila and that an updated Joint Case

14 Management Statement is required;

15   WHEREAS, on December 14, 2010, the Court issued a Patent Scheduling Order (ECF No.

16 29), and certain deadlines set by the Patent Scheduling Order are approaching;

17   ACCORDINGLY, Apple and Sanho hereby stipulate to and respectfully request that the

18 Court amend the schedule in the following manner:

19

| Event | Current Deadline | ~~Proposed~~ Amended Deadline |
|---|---|---|
| Deadline to file Joint Case Management Statement | May 5, 2010 (ECF No. 33 at p. 2 ¶ 10) | September 20, 2011 |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence | May 13, 2010 (by agreement of the parties) | June 13, 2011 |
| Joint Construction and Prehearing Statement | May 23, 2011 (ECF No. 29 at p. 1, l. 24) | June 23, 2011 |
| Close of Claim Construction Discovery | June 20, 2011 (ECF No. 29 at p. 1, l. 25) | July 20, 2011 |
| Interim Case Management Conference | Vacated (ECF No. 33 at p. 1, ¶ 6) (prior to ECF No. 33, CMC was set for July 11, 2011 by ECF No. 29 at p. 1, l. 26) | September 30, 2011 at 10:00 a.m. |



| Event | Current Deadline | ~~Proposed~~ Amended Deadline |
|-------|------------------|------------------------------|
| Case Tutorial | September 29, 2011 at 9 a.m. (ECF No. 29 at p. 2, l. 1) | November 17, 2011 at 1:30 p.m. |
| Claim Construction Hearing | September 30, 2011 at 9 a.m. (ECF No. 29 at p. 2, l. 2) | November 18, 2011 at 1:30 p.m. |
| Opening Claim Construction Brief | August 26, 2011 (35 days prior to Claim Construction Hearing) (ECF No. 29 at p. 4, l. 9-13) | 35 days prior to Claim Construction Hearing |
| Responsive Claim Construction Brief | September 9, 2011 (21 days prior to Claim Construction Hearing) (ECF No. 29 at p. 4, l. 14-17) | 21 days prior to Claim Construction Hearing |
| Reply Claim Construction Brief | September 16, 2011 (14 days prior to Claim Construction Hearing) (ECF No. 29 at p. 4, l. 18-20) | 14 days prior to Claim Construction Hearing |

DATED:  May 4, 2011

By: _/s/ Andrew T. Oliver_
Theodore T. Herhold
Andrew T. Oliver
Robert D. Tadlock

Attorneys for Plaintiff,
APPLE INC.

DATED:  May 4, 2010

By: _/s/ John Van Loben Sels (with permission ATO)_
John Van Loben Sels

Attorney for Defendant,
SANHO CORPORATION

PURSUANT TO STIPULATION. IT IS SO ORDERED AS MODIFIED.
Additional or alternative dates will be set at the Case Management Conference if necessary.

DATED:  May __5__, 2010

By: _____
Edward J. Davila
United States District Judge

63312632 v1

